Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Alan M. Hranko** | : | Case No. 18−24275−CMB |
| **Carolyn S. Hranko** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Doc. No. 71 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 5th of April, 2021,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 18-24275-CMB |
|---|---|
| Alan M. Hranko | Chapter 13 |
| Carolyn S. Hranko | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dric | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 05, 2021 | Form ID: 309 | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan M. Hranko, Carolyn S. Hranko, 3629 Logan Ferry Road, Murrysville, PA 15668-9713 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14941892 | + | ATERSO01, PO Box 1280, Oaks, PA 19456-1280 |
| 14941891 | + | Apothaker Scian PC, 520 Fellowship Road, Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 14941894 | + | Bernadette Irace, Esquire, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14941899 | | Credit Management LP, PO Box 1182888, Carrollton, TX 75011 |
| 14952291 | + | DITRONICS FINANCIAL SERVICES, C/O ACCOUNT RECOVERY SERVICES, PO BOX 7648, GOODYEAR, AZ 85338-0645 |
| 14941901 | + | Ditronics Financial Services, PO Box 7408, Goodyear, AZ 85338-0641 |
| 14941903 | + | Federal National Mortgage Assoc., 3900 Wisconsin Ave. NW, Washington, DC 20016-2806 |
| 14960409 | + | Federal National Mortgage Association, c/o Seterus, Inc., PO Box 1047, Hartford, CT 06143-1047 |
| 15293222 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14941905 | + | Green Planet Servicing LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 14978276 | + | Interstate Intrinsic Value Fund A LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14976961 | + | Interstate Intrinsic Value Fund A LLC, Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 14983148 | + | LSF11 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14941907 | + | Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14941908 | + | Peoples Gas, PO box 644760, Pittsburgh, PA 15264-4760 |
| 14963538 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14941909 | + | Planet Home Lending, PO Box 1001, Meriden, CT 06450-8010 |
| 14941910 | | Portfolio Recovery Associates, 120 Corporate Blvd., Cumberland, MD 21502 |
| 14941911 | + | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 14941912 | + | ROI LLC, PO BOX 62850, Baltimore, MD 21264-2850 |
| 14941913 | + | RUI Credit Services, PO Box 1349, Melville, NY 11747-0421 |
| 14941914 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, 14523 SW Millikan Way, Suite 200, Beaverton, OR 97005 |
| 14941916 | + | Transworld systems, Inc., 300 Cedar Ridge Dr, Suite 307, Pittsburgh, PA 15205-1159 |
| 14941917 | + | U.S. Attorney General, U.S. Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 14941918 | + | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14967425 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14967426 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14975103 | + | Windstream, Attn: Financial Services, 1720 Galleria Blvd, Charlotte, NC 28270-2408 |
| 14941920 | + | Windstream, PO Box 9001908, Louisville, KY 40290-1908 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14941890 | + | EDI: AFNIRECOVERY.COM | | |
| | | | Apr 06 2021 03:18:00 | Afni, Inc., PO Box 3517, Bloomington, IL 61702-3517 |
| 14941893 | + | EDI: TSYS2.COM | | |
| | | | Apr 06 2021 03:18:00 | Barclays Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14941896 | | Email/Text: bankruptcy@cavps.com | | |
| | | | Apr 06 2021 05:14:00 | Cavalry Portfolio Service, PO Box 27288, Tempe, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | AZ 85285 |
| 14941895 | + | EDI: CAPITALONE.COM | Apr 06 2021 03:18:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14943949 | + | Email/Text: bankruptcy@cavps.com | Apr 06 2021 05:14:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14941897 | + | EDI: COMCASTCBLCENT | Apr 06 2021 03:18:00 | Comcast, PO Box 3002, Southeastern, PA 19398-3002 |
| 14941898 | + | EDI: CCS.COM | Apr 06 2021 03:18:00 | Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 14941902 | | EDI: CITICORP.COM | Apr 06 2021 03:18:00 | DSNB/Macy's, PO Box 8113, Mason, OH 45040 |
| 14941900 | + | EDI: ESSL.COM | Apr 06 2021 03:18:00 | Dish, PO Box 94063, Palatine, IL 60094-4063 |
| 14941904 | + | Email/Text: Bankruptcy@FCScollects.com | Apr 06 2021 05:14:00 | First Collection Services, 10925 Otter Creed E Blvd., Mabelvale, AR 72103-1661 |
| 14941906 | | EDI: IRS.COM | Apr 06 2021 03:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14976766 | | EDI: PRA.COM | Apr 06 2021 03:18:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14941915 | + | EDI: TCISOLUTIONS.COM | Apr 06 2021 03:18:00 | Total Card Inc., PO Box 89725, Sioux Falls, SD 57109-9725 |
| 14977371 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 06 2021 05:14:00 | West Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |
| 14941919 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 06 2021 05:14:00 | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15601-1689 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal National Mortgage Association ("Fannie Mae |
| cr | | Goldman Sachs Mortgage Company |
| cr | | Interstate Intrinsic Value Fund A LLC |
| cr | | Legacy Mortgage Asset Trust 2020-GS5 |
| cr | *+ | LSF11 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 07, 2021    Signature:    /s/Joseph Speetjens

District/off: 0315-2 User: dric Page 3 of 3
Date Rcvd: Apr 05, 2021 Form ID: 309 Total Noticed: 46

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Interstate Intrinsic Value Fund A LLC ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| Amy L. Zema | on behalf of Debtor Alan M. Hranko amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Joint Debtor Carolyn S. Hranko amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 mmiksich@kmllawgroup.com |
| Matthew Christian Waldt | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae")  creditor c/o Seterus, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor LSF11 Master Participation Trust pawb@fedphe.com |

TOTAL: 10