**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ALAN M. HRANKO<br>CAROLYN S. HRANKO<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>      Movant<br>    vs.<br>No Respondents. | Case No.:18-24275<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/01/2018 and confirmed on 12/13/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 30,743.10 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 30,738.10 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,250.00 | |
|   Trustee Fee | 1,416.57 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,666.57 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   INTERSTATE INTRINSIC VALUE FUND A LLC<br>    Acct: 3901 | 0.00 | 7,088.34 | 0.00 | 7,088.34 |
|   GOLDMAN SACHS MORTGAGE CO<br>    Acct: 6862 | 0.00 | 0.00 | 0.00 | 0.00 |
|   GOLDMAN SACHS MORTGAGE CO<br>    Acct: 6862 | 0.00 | 0.00 | 0.00 | 0.00 |
|   INTERSTATE INTRINSIC VALUE FUND A LLC<br>    Acct: 3901 | 3,187.50 | 3,014.79 | 0.00 | 3,014.79 |
|   GOLDMAN SACHS MORTGAGE CO<br>    Acct: 6862 | 4,546.73 | 4,546.73 | 0.00 | 4,546.73 |
|   GOLDMAN SACHS MORTGAGE CO<br>    Acct: 6862 | 0.00 | 9,573.41 | 0.00 | 9,573.41 |
| | | | | 24,223.27 |
| Priority | | | | |
|   AMY L ZEMA ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ALAN M. HRANKO<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Priority | | | | | |
| | INTERNAL REVENUE SERVICE* | 569.10 | 538.26 | 0.00 | 538.26 |
| | Acct: 2322 | | | | |
| | AMY L ZEMA ESQ | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AMY L ZEMA ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALAN M. HRANKO | 5.00 | 5.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| | Acct: XXXXXXX5CMB | | | | |
| | | | | | 848.26 |
| Unsecured | | | | | |
| | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8738 | | | | |
| | BARCLAYS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2322 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 669.66 | 0.00 | 0.00 | 0.00 |
| | Acct: 8857 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 2,851.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 9810 | | | | |
| | COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1171 | | | | |
| | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6128 | | | | |
| | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9413 | | | | |
| | WINDSTREAM COMMUNICATIONS | 299.90 | 0.00 | 0.00 | 0.00 |
| | Acct: 2322 | | | | |
| | DITRONICS FINANCIAL SERVICES | 325.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7706 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2938 | | | | |
| | INTERNAL REVENUE SERVICE* | 254.63 | 0.00 | 0.00 | 0.00 |
| | Acct: 3088 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 273.55 | 0.00 | 0.00 | 0.00 |
| | Acct: 6239 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 678.18 | 0.00 | 0.00 | 0.00 |
| | Acct: 4493 | | | | |
| | QUEST DIAGNOSTIC VENTURE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3088 | | | | |
| | TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2322 | | | | |
| | UPMC HEALTH SERVICES | 1,089.80 | 0.00 | 0.00 | 0.00 |
| | Acct: 2322 | | | | |
| | WEST PENN POWER* | 840.66 | 0.00 | 0.00 | 0.00 |
| | Acct: 3932 | | | | |
| | UPMC PHYSICIAN SERVICES | 127.01 | 0.00 | 0.00 | 0.00 |
| | Acct: 2322 | | | | |
| | MATTHEW C WALDT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MILSTEAD & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FEDERAL NATIONAL MORTGAGE ASSN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PLANET HOME LENDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | APOTHAKER & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| 18-24275 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIRST COLLECTION SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MB/ROI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCCABE WEISBERG & CONWAY PC (FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                       25,071.53

TOTAL CLAIMED
PRIORITY            879.10
SECURED           7,734.23
UNSECURED     7.409.72

Date: 04/30/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com